# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**RE:   CHARLES DALLAS HUNSUCKER**　　　**CASE NO: 20-12226-JDW**
**　　　DEBTOR**　　　　　　　　　　　　　　**CHAPTER 13**

---

## NOTICE OF CHANGE OF ADDRESS

---

**YOU ARE HEREBY NOTIFIED** that creditor Amy Hunsucker's mailing address has changed. The new address is:

> 7155 Copper Ridge Rd.
> Lake Cormorant, MS 38641

DATED: March 22, 2021

　　　　　　　　　　　　　　　　　　　／s／William L. Fava
　　　　　　　　　　　　　　　　　　　WILLIAM L. FAVA (MSB#101348)
　　　　　　　　　　　　　　　　　　　Attorney at Law

FAVA FIRM
155 Stateline Road East
P.O. Box 783
Southaven, MS  38671
(662) 536-1116

## **CERTIFICATE OF SERVICE**

I, William L. Fava, Attorney for Amy Hunsucker, do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing Notice to the following:

Locke D. Barkley
Via ECF at sbeasley@barkley13.com

U.S. Trustee
Via ECF at USTPRegion05.AB.ECF@usdoj.gov

SO CERTIFIED on this the 22nd day of March 2021.

/s/William L. Fava
WILLIAM L. FAVA
Attorney at Law

FAVA FIRM
155 Stateline Road East
P.O. Box 783
Southaven, MS  38671
(662) 536-1116