# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**In Re:**

**Charles Dallas Hunsucker,**             **Chapter 13**
                                                                  **Case No. 20-12226-JDW**

**Debtor(s).**

## OBJECTION TO ALLOWANCE OF CLAIM 9

Comes now the above named Debtor, by and through counsel, and hereby objects to the allowance of the claim 9 filed by following creditor:

Amy Hunsucker, filed herein an amended child support arrearage claim, in the amount of $50,795.00. The debtor would show that he is not justly nor truly indebted to said claimant in this amount. At the time of filing, the debtor only owed $6,000.00 for the child support arrearage.

**WHEREFORE**, Debtor prays that this amended child support arrearage claim 9 be disallowed, that the original claim of $6,000.00 be allowed to be paid through the plan, that the Chapter 13 Trustee modify the plan accordingly, and that he has such other and further relief as is just.

Respectfully submitted,

/s/ Tracy B. Walsh #10036
Attorney for Debtor(s)
6831 Crumpler Blvd., #200
Olive Branch, MS 38654
(662) 890-3608

Certificate of Service

The undersigned certifies that the above objection was mailed VIA United State Postal Service or electronically noticed to all parties listed below on March 23, 2021.

/s/ Tracy B. Walsh

Chapter 13 Trustee - sbeasley@barkley13.com
US Trustee - USTPRegion05.AB.ECF@usdoj.gov
William Fava - wfava@favafirm.com